2IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DENNIS CALVIN WARREN                                                              PLAINTIFF
ADC #94167

V.                              NO: 4:11CV00702 JMM/HDY

LADONNA M. MILLIGAN *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the State of Arkansas are DISMISSED WITH PREJUDICE, and the State of Arkansas is removed as a party Defendant.

DATED this   20   day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE