# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

DENNIS CALVIN WARREN                                                           PLAINTIFF
ADC #94167

V.                                    NO: 4:11CV00702 JMM

LADONNA M. MILLIGAN *et al.*                                               DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE